ACCEPTED
01-14-00935-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/20/2014 3:11:12 PM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 3249708
By: CHRISTOHER PRINE
Filed: 11/20/2014 3:11:12 PM

**NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA**

NO. <u>2013-37123</u>

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 9:50:38 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| ALEXANDER PABLO CORNELIO | § | |
| AND | § | 312TH JUDICIAL DISTRICT |
| KIRA ELEA CORNELIO | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| C.M.C., S.M.C., A.E.C., J.M.C. AND | § | HARRIS COUNTY, TEXAS |
| S.E.C., CHILDREN | § | |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Alexander Pablo Cornelio, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The judgment or order appealed from was signed on September 3, 2014.

3.      Alexander Pablo Cornelio desires to appeal from the court's order with respect to the determination of the party with the exclusive right to determine the children's residence.

4.      This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.      This notice is being filed by Alexander Pablo Cornelio.

Respectfully submitted,

The Law Office of Diane St. Yves, PLLC
3730 Kirby Dr., Suite 1030
Houston, Texas 77098
Tel: (281) 822-6000
Fax: (713) 807-7581

By: _____
DIANE ST. YVES
State Bar No. 45005386
diane@styveslaw.com
Attorney for Petitioner

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: KIRA ELEA CORNELIO

Address of service: 10226 Basin Field, San Antonio, Texas 78245

Method of service: in person

_____
DIANE ST. YVES
Attorney for Petitioner